# EXHIBIT A

**IP Address:** 130.65.109.100 2007-05-07 17:05:25 EDT         **CASE ID#** 128220075

**P2P Network:** BitTorrent                                    **Total Audio Files:** 100

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Virgin Records America, Inc. | Soul II Soul | Back To Life | Keep On Movin | 105-226 |
| Warner Bros. Records Inc. | The B-52's | Love Shack | Cosmic Thing | 107-155 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | Freedom | Listen Without Prejudice, Vol. 1 | 133-600 |
| Elektra Entertainment Group Inc. | Deee Lite | Groove Is In the Heart | World Clique | 125-227 |
| Capitol Records, Inc. | Technotronic | Pump Up The Jam | Pump Up The Jam | 111-258 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| Motown Record Company, L.P. | Boyz II Men | Motownphilly | Cooleyhighharmony | 212-333 |