1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA 94105-2994
   Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.; WARNER
7  BROS. RECORDS INC.; SONY BMG MUSIC
   ENTERTAINMENT; ELEKTRA
8  ENTERTAINMENT GROUP INC.; CAPITOL
   RECORDS, INC.; ARISTA RECORDS LLC; and
9  MOTOWN RECORD COMPANY, L.P.
10

11             UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
12

13

14 VIRGIN RECORDS AMERICA, INC., a        CASE NO. C 07 5319
   California corporation; WARNER BROS.
15 RECORDS INC., a Delaware corporation;
16 SONY BMG MUSIC ENTERTAINMENT, a        **CERTIFICATION OF INTERESTED**
   Delaware general partnership; ELEKTRA  **ENTITIES OR PERSONS**
17 ENTERTAINMENT GROUP INC., a Delaware
   corporation; CAPITOL RECORDS, INC., a
18 Delaware corporation; ARISTA RECORDS
19 LLC, a Delaware limited liability company; and
   MOTOWN RECORD COMPANY, L.P., a
20 California limited partnership,
21              Plaintiffs,
22     v.
23 JOHN DOE,
24              Defendant.
25
26
27
28

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6    The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
7  AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
8  Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
9  BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
10 and EMI Group Limited.

11    The following companies are parents of, or partners in Plaintiff WARNER BROS.
12 RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group
13 Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is
14 publicly traded in the U.S.

15    The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC
16 ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;
17 Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;
18 Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony
19 Corporation is publicly traded in the U.S.

20    The following companies are parents of, or partners in Plaintiff ELEKTRA
21 ENTERTAINMENT GROUP INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner
22 Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music
23 Group Corp. is publicly traded in the U.S.

24    The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
25 Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
26 EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
27 Virgin Music Group Ltd.; and EMI Group Limited.
28

1  The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
2  BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
3  Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,
4  Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of
5  which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.
6  The following companies are parents of, or partners in Plaintiff MOTOWN RECORD
7  COMPANY, L.P.:  UMG Recordings, Inc.; UMG Manufacturing & Logistics, Inc.; Universal Music
8  Group Distribution, Corp.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I
9  Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of
10 which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in France.

11 Dated: October 18, 2007                                HOLME ROBERTS & OWEN LLP

                                                         By: _____
                                                         MATTHEW FRANKLIN JAKSA
                                                         Attorney for Plaintiffs
                                                         VIRGIN RECORDS AMERICA, INC.;
                                                         WARNER BROS. RECORDS INC.;
                                                         SONY BMG MUSIC
                                                         ENTERTAINMENT; ELEKTRA
                                                         ENTERTAINMENT GROUP INC.;
                                                         CAPITOL RECORDS, INC.; ARISTA
                                                         RECORDS LLC; and MOTOWN
                                                         RECORD COMPANY, L.P.

Certification of Interested Entities or Persons
Case No.
#33303 v1