Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and MOTOWN RECORD COMPANY, L.P., a California limited partnership,<br>　　　　　　Plaintiffs,<br>　　v.<br>JOHN DOE,<br>　　　　　　Defendant. | CASE NO. 5:07-CV-05319-HRL<br><br>**The Honorable Howard R. Lloyd**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Notice of Dismissal
Case No. 5:07-cv-05319-HRL
#34531 v1

1    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs VIRGIN RECORDS AMERICA, INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant John Doe, also identified as ID #128220075 with IP address 130.65.109.100 2007-05-07 17:05:25 EDT, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

Dated: December 20, 2007                HOLME ROBERTS & OWEN LLP

By:  */s/ Matthew Franklin Jaksa*
     MATTHEW FRANKLIN JAKSA
     Attorney for Plaintiffs
     VIRGIN RECORDS AMERICA, INC.;
     WARNER BROS. RECORDS INC.;
     SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.;
     CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; and MOTOWN RECORD COMPANY, L.P.

Notice of Dismissal
Case No. 5:07-cv-05319-HRL
#34531 v1